In the Matter of KATHERINE BARNHART et al., Appellants, v JOHN CATALDO, as Justice of the Supreme Court of the State of New York, et al., Respondents.

Submitted November 15, 2004; decided December 2, 2004

Motion for leave to appeal granted. Motion for a stay dismissed as academic as the parties have stipulated to stay sentencing pending determination of the appeal.